# Court of Appeals
# of the State of Georgia

ATLANTA, December 15, 2015

*The Court of Appeals hereby passes the following order*

**A16D0143. IN THE INTEREST OF: W. E. B., R. A. J. AND J. C. M., CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Juvenile Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

14JV1306 14JV1307 14JV1308



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, December 15, 2015.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*